### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELVIO PEREZ MEDINA | CRIMINAL ACTION<br>NO. 14-364 |

### ORDER

AND NOW, this 8th day of July, 2022, upon consideration of Elvio Perez Medina's *pro se* Motion for Compassionate Release (ECF 85), the Government's Response (ECF 96) and associated exhibit (ECF 94), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.